**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Daniel William McGrath,

Plaintiff,

v.

University of Minnesota, a Minnesota Public Corporation, Patricia B. Spence, as a Regent of the University of Minnesota, Maureen K. Reed, as a Regent of the University of Minnesota, Anthony R. Baraga, as a Regent of the University of Minnesota, Robert Bergland, as a Regent of the University of Minnesota, Dallas Bohnsack, as a Regent of the University of Minnesota, William Hogan, as a Regent of the University of Minnesota, Warren Larson, as a Regent of the University of Minnesota, David Metzen, as a Regent of the University of Minnesota, H. Bryan Neel, as a Regent of the University of Minnesota, Michael O'Keefe, as a Regent of the University of Minnesota, Jessica Phillips, as a Regent of the University of Minnesota, Mark Yudof, as President and ex officio Regent of the University of Minnesota, Mark B. Rotenberg, as University of Minnesota General Counsel, William Donohue, as University of Minnesota Assistant General Counsel, and Frank Kara, as the University of Minnesota Athletic Compliance Director,

Defendants.

**MEMORANDUM OPINION AND ORDER**
Civil No. 01-298 ADM/AJB

---

James Carson Bock, Esq., Minneapolis, MN, appeared for and on behalf of the Plaintiff.

Lorie S. Gildea, Esq., University of Minnesota Office of General Counsel, Minneapolis, MN, appeared for and on behalf of the Defendants.

---

MAR 0
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT
DEPUTY

On January 10, 2001, this matter came on for hearing before the undersigned United States District Court Judge pursuant to Plaintiff's Motion for Temporary Restraining Order [Doc. No. 2]. For the reasons stated on the record at the hearing the motion is denied. Plaintiff has not met the prerequisites of the *Dataphase Systems v. C L Systems*, 640 F.2d 109, 114 (8th Cir. 1981)), for immediate, temporary relief. However, discovery will continue. The Court orders Defendants to obtain the National Collegiate Athletic Association's position on the athletic eligibility of Plaintiff for the spring semester of 2001 and to provide a report within the next ten days to both Plaintiff and the Court.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: March 2, 2001