# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

Daniel William McGrath,
Plaintiff,

Civil File No.: 01-298 ADM/AJB

v.

**STIPULATION AND ORDER STAYING DISCOVERY**

University of Minnesota, et. al.,
Defendants.

The undersigned stipulate and agree that discovery upon the defendant University of Minnesota shall be stayed in this matter until the Court resolves the defendant University of Minnesota's motion to dismiss.

By: ___________________
James C. W. Bock (WI#1032797)
Attorney at Law & Of Counsel
1225 LaSalle Avenue
Suite 1105
Minneapolis, MN 55403
(612) 332-7520

Attorney for Plaintiff

MARK B. ROTENBERG
General Counsel, University of Minnesota

By: ___________________
Lorie S. Gildea (MN#233961)
Associate General Counsel
Office of the General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
(612) 624-4100

Attorneys for University of Minnesota

SO ORDERED, this 26th day of March, 2001

___________________
Arthur J. Boylan
United States District Magistrate Judge

MAR 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK